## JONES *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.

No. 102.   Decided October 10, 1966.

*Ralph B. Raukx* for appellant.

*John G. Bonomi* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## MORRIS PARK, INC. *v.* BUCK.

No. 113.   Decided October 10, 1966.

*Francis B. Feeley* and *James T. Healey* for appellant.

*Robert H. Alcorn* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.